IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-5-D

LARRY SQUIRES,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )                    **ORDER**
                                        )
MERIT SYSTEMS PROTECTION                )
BOARD and UNITED STATES                 )
DEPARTMENT OF NAVY,                     )
                                        )
                Defendants.             )

On January 3, 2019, Larry Squires ("Squires" or "plaintiff"), appearing pro se, filed a motion

to proceed in forma pauperis with this court [D.E. 1]. On January 7, 2019, Squires filed a petition

for review [D.E. 4]. On January 14, 2019, the court referred the matter to Magistrate Judge Numbers

for a memorandum and recommendation on the plaintiff's motion to proceed in forma pauperis and

for a frivolity review [D.E. 5]. On January 14, 2019, Magistrate Judge Numbers issued a

memorandum and recommendation ("M&R") and recommended denying Squires's motion to proceed

in forma pauperis [D.E. 6]. On January 18, 2019, Squires paid the court's filing fee. On January 22,

2019, Squires filed a notice of appeal [D.E. 7].

The court ADOPTS the conclusions in the M&R. Squires's application to proceed in forma

pauperis [D.E. 1] is DENIED. The clerk shall issue the summonses prepared by Squires [D.E. 1-3].

Squires shall effect service for each named defendant in accordance with the Federal Rules of Civil

Procedure. See Fed. R. Civ. P. 4.

SO ORDERED. This _24_day of January 2019.

                                        JAMES C. DEVER III
                                        United States District Judge