UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LARRY SQUIRES, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MERIT SYSTEMS PROTECTION BOARD and )<br>UNITED STATES DEPARTMENT OF NAVY, )<br>)<br>Defendants. ) | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:19-cv-5-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to affirm the MSPB's final decision [D.E. 11 ], AFFIRMS the MSPB's final decision, and DENIES Squires's motion for review of the MSPB's final decision [D.E. 4]. The court DENIES defendants' motion to dismiss for lack of subject-matter jurisdiction [D.E. 12], GRANTS defendants' alternative motion to dismiss for failure to state a claim upon which relief can be granted [D.E. 12], and DISMISSES without prejudice Squires's discrimination claims.

**This Judgment Filed and Entered on July 3, 2019, and Copies To:**

| | |
|---|---|
| Larry Squires | (Sent to 3324 W. University Avenue #288 Gainesville, FL 32607 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| July 3, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |