UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LARRY SQUIRES, | ) |
|                 Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** <br> ) **CASE NO. 4:19-CV-5-D** |
| MERIT SYSTEMS PROTECTION BOARD, UNITED STATES DEPARTMENT OF NAVY, UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES MARINE CORPS, and MARINE CORPS AIR STATION CHERRY POINT, | ) |
|                 Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to strike or, in the alternative, motion to dismiss [D.E. 58], and DISMISSES WITH PREJUDICE Squires's second amended complaint.

**This Judgment Filed and Entered on July 17, 2023, and Copies To:**

Larry Squires      (via U.S. Mail to 31 Silk Oaks Drive, Ormond Beach, FL 32176)

Rudy E. Renfer    (via CM/ECF electronic notification)

DATE: July 17, 2023          PETER A. MOORE, JR., CLERK

                                      (By) /s/ Stephanie Mann

                                      Deputy Clerk